# United States District Court
## Violation Notice

CVB Location Code: CN22

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 8093356 | AGUIRIAN | 269 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 05/27/2020 12:48 PM | 36 CFR 1004.13 |

Place of Offense: LINCOLN BLVD & STOREY AVE

Offense Description: Factual Basis for Charge — HAZMAT □

OBSTRUCTING THE ROAD WAY
BIKE LAKE

### DEFENDANT INFORMATION
Phone: ( )

| Last Name | First Name | M.I. |
|---|---|---|
| OSTERTAG | ROBERT | |

Street Address: 737 CAPP ST

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| SAN FRANCISCO | CA | 94110 | |

| Drivers License No. | CDL □ | D.L. State | Social Security No. |
|---|---|---|---|

□ Adult □ Juvenile  Sex □ Male □ Female  Hair  Eyes  Height  Weight

### VEHICLE
VIN: 5YJ3E1EA4KF509910

| Tag No. | State | Year | Make/Model | PASS □ | Color |
|---|---|---|---|---|---|
| 8NJP899 | CA | 19 | TESLA | | RED |

**A** □ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** □ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 100 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 130 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 06/09/2020 10:51

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 05/27/20 20 while exercising my duties as a law enforcement officer in the NORTHERN District of CA

I OBSERVED A RED TESLA
CA TAG: 8NJP899 PARKED BLOCKING
THE BIKE LANE AND PART OF
THE ROAD, NORTHBOUND ON LINCOLN
BLVD AND STOREY AVE.

I ISSUED THIS CITATION TO THE
UNOCCUPIED VEHICLE.

The foregoing statement is based upon:

☑ my personal observation   ☑ my personal investigation

□ information supplied to me from my fellow officer's observation

□ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/27/2020   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 06/09/2020 10:51